**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 2 8 2015

CHRIS R. JOHNSON, Clerk
By _____
       Deputy Clerk

**Joshua Perry Jones Tiller**
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. **131831**

V.                              CASE NO. **15-4040**

**Mrs. McAllester**

**Mr. R. Wise**

**MD, Mr. Mcalister**
(Enter above the full name of the defendant,
or defendants, in this action.)

I.      **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action?

        Yes _____          No **✗**

    B.    If your answer to A is yes, describe each lawsuit in the space below including the
exact plaintiff name or alias used. (If there is more than one lawsuit, describe
the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this lawsuit

        Plaintiffs: **N/A** _____

        Defendants: **N/A** _____

(Revised 11/2010)

-1-

P 4/32

2. **Court (if federal court, name the district; if state, name the county):**

_N/A_

3. **Docket number:** _N/A_

4. **Name of judge to whom case was assigned:** _N/A_

5. **Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** _N/A_

6. **Approximate date of filing lawsuit:** _N/A_

7. **Approximate date of disposition:** _N/A_

II. **Place of Present Confinement:** _South West Arkansas Community Correction Center 506 Walnut St. Texarkana, Ar. 71854_

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _X_       No _____

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>

C. If your answer is NO, explain why not: _____

_____

_____

-2-

P 5/32

IV.   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of plaintiff: Joshua Perry Jones Tiller

Address: 506 Walnut St., Texarkana, Arkansas 71854

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.   Defendant: Mrs. McAllester

Position: Sergeant

Place of Employment: Southwest Arkansas Community Correction Center

Address: 506 Walnut Street Texarkana, Ar. 71854

Defendant: Mr. R. Wise

Position: Health Service Administrater

Place of Employment: Correct Care Solutions Southwest Arkansas Community Correction Center

Address: 506 Walnut St. Texarkana, Ar. 71854

Defendant: MD, Mr. Mcalister

Position: Doctor MD

Place of Employment: Correct Care Solutions Southwest Arkansas Community Correction Center

Address: 506 Walnut St. Texarkana, Ar. 71845

Defendant: Mr. Jerry Bradshaw,

Position: Deputy Director DCC

-3-

P 6/32

Place of Employment: Arkansas Department of
Community Correction
Address: Two Union National Plaza 105 West
Capital Ave., Little Rock, Arkansas 72201

Defendant: Ms. Britney Carter
Position: Administrative Specialist II
Place of Employment: Correct Care Solutions
Address: 1283 Murfreesboro Road, Ste. 500,
Nashville, TN. 37217 (www.correctcaresolutions.com)

Defendant: Ms. Janet Myers
Position: Health Service Administrator
Place of Employment: Correct Care Solutions/
South West Arkansas Community Correction Center
Address: 506 Walnut St., Texarkana, Ar. 71854

Defendant: MD, Mr. Velgeas
Position: Medical Doctor
Place of Employment: Correct Care Solutions/
South West Arkansas Community Correction Center

Defendant: Conny Mason
Position: Health Service Administrator

P 7/32

-4-

Place of Employment: *Correct Care Solutions/ South West Arkansas Community Correction Center*

Address: *506 Walnut St., Texarkana, Ar. 71854*

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

V.    Are you suing the defendants in: (check the appropriate blank)

____ official capacity only
____ personal capacity only
_✓_ both official and personal capacity

VI.   At the time of the alleged incident(s), were you:
(check the appropriate blank)

____ in jail and still awaiting trial on pending criminal charges
_✓_ serving a sentence as a result of a judgment of conviction
____ in jail for other reasons (*e.g.,* alleged probation violation, etc.)

Explain: *Parole revoked placed in custody of the Arkansas Department of Community Correction*

Please provide the date of your conviction or probation or parole revocation:

*Parole rev. hearing 12-19-13*

VII.  Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. *On 4-23-14 approximatly 3:30 PM my prescription medications were refused by staff, intake officer Sgt. Mrs. McAllester, from officer Mr. Cash who transported me from Hot Springs County Detention Center. By doing*

*P 8/32*

that I was denied medical treatment which had been ordered by the last Doctor that had examined me. The prescriptions included antibiotics for to help my body fight off a flue type viral infection in my lungs, chest, throat, and head. None of the prescriptions were narcotics, barbiturate, or hallucinogen. Sgt. McAllester stated that I would be given the prescriptions from the medical department here at Southwest Arkansas Community Correction Center when she refused to take my prescriptions. I was seen only by a nurse during intake who could not prescribe antibiotics or any other prescription I was taking and she could not give me the prescriptions that had been transported with me because Sgt. McAllester had sent them away and apparently did not log the fact that I was prescribed medications, not in a manner that medical staff aplied to treat me anyway.

2   On 4-30-14 I found out how to do the Request for Interview for logging a complaint to the Health Service Administrator and did so. Mr. Wise called me to his office and told me to be more patient and just wate, gave me a copy signed 51-14. I wated till 5-15-14 when I saw Doctor Mcalister just long enough for him to criticize me and say that I had hepatitis C. I sent a Req. for Int. 5-15-14 to H.S.A. about that

P 9/32

incident. I was called back to medical 5-16-14 and saw the same doctor who started the interview with the statement "Do you know how many people there are here." then as he gave me some pages with bend and stretch exersizes on them, saying he knew they would hurt, and that he was scedgualing me for blood work. I was again told that I was not healthy enough to be here after I reiterated what I had told the intake nurse, about my waking up in a hospital and told I had fallen 30 feet to a rocky hillside and tumbled 70 to 90 feet down it resolting in my joints, back being injured, internal bleading brain, and kidny. (I have sent over 30 sick calles in to get the semtomes looked over) (Reg, for Int. 5-15-14 & 5-16-14) ← answered 5-28-14 by K. Mc Entire L

3 | I do not have the sick calles to send the medical department keeps them without sending back any copys so I will Referance the Resident Requests/as (R/R)/ Request for Interviews, On 5-20-14 R/R to Mrs. Burns, counselor Advizer asking for a informal remody form to start a grievance over these for mentioned actions even though none of the past could be changed. (R/R 5-20-14) (R/R 5-23-14) answerd on, 5-27-14 & 5-28-14 by Mrs Burns, and P. Orr ARO. respectively

-7-

P 10/32

4    I sent R/R to H.S.A. on 5-30-14 over not getting my meds when I went to pill call KM<sup>c</sup>Entire responded 6 days later on 6-5-14 (R/R 5-30-14) denying & excusing. by K. M<sup>c</sup>Entire L. Health Service Administrator

5    Grievance was filed on 6-6-14 #SWC 14-00011 over the formentioned. The response claimed I had been seen and talked with Doctor Mcalister on 4-23-14 as well as him telling me of Hepatitice C then, before the blood work had even gone out for the intake nurses exam. (Response 6-10-14 by Janet Myers H.S.A.)

6    I appealed outlining some of the facts ① They claim a new diagnoses yet have never looked at my medical records, not even A.D.C.s'. ② My cronie pain, ③ the only doctor I had seen here sayes no to treatments that would/could help me move with less pain. That I think these facts violate my Constitutional Rights, even the ones threw the Administrative Law type here. (Resident's Appeal on 6-17-14)

7    On the Appeal Decision it is clamed I had a Mental Health screaning on May 2 which is not true I saw Dr. Kittrell, Psychiatrist the first time on 5-19-14. Until then I had no replacement treatment for the

P 11/32                    -8-

prescription that had been refused on intake Prozac 40 mg once daly. Then the desision by <u>Britney Carter,</u> Administrative Specialist II sayes that a verbal interview conducted restating the injuries I recieved resolved the issues I was grieving. Totally egnoring the reason for the complaint of indifference, and incompatance. (Internal Memorandum) 7-1-14

8   On 7-1-14 Deputy Director's Decision that the intake physical had been resolved, and that the evidence did not support my allegations. ~~The~~ (Deputy Director's Pesision)

9   None of the defendants can show any type of physical examination by a doctor before 7-17-14 conducted by Doctor Estava MD who diagnosed Osteoarthritis from the injuries I had reseaved I suppose. (R/R 7-18-14)

10   H.S.A. R. Wise tells me to get my medical records sent to me, even though they have fax and other ways I an <u>Indegent</u> Prisoner does not have.

11   I had an infection in my ear that was bleeding

P 12/32                    -9-

I did not get seen, so I sent R/R to H.S.A. that responded for me to put another sick call in. After over 72 Hr. waiting Signed R. Wise (R/R 8-18-19

12 Doctor Veigeas told me that "His Boss told him not to treat anyone for Cronic pain any more when the prescription Dr. Estava had ran out. The nersing staff started takeing out 3 of the packs from the I-Prin boxes when I would get them at sick call. After I was talking about This with another prisoner in Medical telling him I was going to sue and I was heard by Conney Mason who was passing in the hall a nurse came up 40 min. laiter and gave me the respons to R/R. The Doctor had not seen me but wrote a prescription. (R/R 3-29-14)
(R/R 4-   )

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Investigate the medical care at SWACCC. $50,000 releef for turning my prescriptions away on intake 4-23-14 $1,000 for every day I went without a mental health prescription medicin replacement as I was given one the first time I saw the Psychyetrist. 100,000 for HSA R. Wise not doing his job to get my med. records for the time did not $500,000 for the other endiferance and pain I have sufferd with all of the mental & Emotional angaish,

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  20  day of  April  , 20 15 .

Joshua Tiller

*Joshua Tiller*
**Signature of Plaintiff**

18

P 13/32

RECEIVED MAY 0 1 2014

# Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: _SWACCC_    Date: _4-30-14_

To: _Health Service Administrator_ Office: _H.S.A_

From: _Joshua Tiller_    Number: _131831_
(Resident's Name)

Job Assignment: _C/M_    Supervisor: _____

Working Hours: _____ To: _____    Housing Unit: _422A/4-S_

Give a detailed reason for request: _I arived here at S.WA.C.C.C._
_on 4-23-14 9days ago. The staff here refused_
_to take my prescription medications from_
_the transport officer mr. Cash saying S.W.ACCC._
_would take care of it. Either encompetance,_
_or neglagence by Staff has prevented me_
_from even being screend by a doctor during_
_intake. I have 1983 form. crule enhumane punnishment ?._

_Joshua Tiller_
(Resident's Signature)

Action Taken:

_you will be seen by the doctor.._


_Roger White_  5-1-14
(Respondent's Signature/Date)

P 14/32

Seen 5-28-14

RECEIVED MAY 19 2014

# Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __SWACCC__     Date: __5-15-14__

To: __Health Service Administrator__ Office: __H.S.A.__

From: __Joshua Tiller__     Number: __131831__
        (Resident's Name)

Job Assignment: __C/M__     Supervisor: _____

Working Hours: _____ To: _____     Housing Unit: __4-S__

Give a detailed reason for request: __On 4-30-14 I sent a Resident__
__Request to let you know I had my prescriptions denide__
__to me without seeing a doctor, you answered I would see__
__the doctor, policy sayes they prescribe the meds here. Today__
__5-15-14 20 days after ariving I saw the doc. who said__
__that I was not healthy enough to be in prison, that__
__he would not give me any treatments because I didn't__
__know I had Hep C. My Doctor prescribed prosac, Celebrey,__
                    Steinberg
__~~Flexeril~~ Nexium__     __Joshua Tiller__     This is crule
Antibyoticsd              (Resident's Signature)   and inhumane
                                                    Punnishment

Action Taken:

~~Some medications~~

Continue exercises + if no improvement return to
sick call.

__K. McEntire__ 5-28-14
(Respondent's Signature/Date)

P 15/32

Seen 5-28-14

RECEIVED MAY 19 2014

# Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __SWACCC__          Date: __5-16-14__

To: __Health Service Administrator__ Office: __H.S.A.__

From: __Joshua Tiller__          Number: __131831__
          (Resident's Name)

Job Assignment: __C/M__          Supervisor: _____

Working Hours: _____ To: _____ Housing Unit: __422A/4-S__

Give a detailed reason for request: It took over 20 days for me to see a doctor for an intake screening. During the exam he said that sence I knew that I had been vacsinated for Hep.A & Hep.B the doctor probably knew that I had Hep C. That he would not give me the prescription meds. for ˄my guts, ANTIBIOTICS Cronic pain, he wanted me to workout, that I was not in good health enough to be in prisson (Malpractis)

that He knew it would hurT. To see the sphyC, over the other meds He would not treat me ___Joshua Tiller___
for any thing If I still hurt in          (Resident's Signature)
treatments          A month do sick call for

Action Taken:

You need to continue to exercise as prescribed by doctor. If no improvement return from to sick call.

___K.M.Entish___ 5-28-14
(Respondent's Signature/Date)

P 16/32

## Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __S.W.A.C.C.C.__          Date: __5-20-14__

To: __Mrs. Burns__          Office: __Counselor/Advisor__

From: __Joshua Tiller__          Number: __131831__
(Resident's Name)

Job Assignment: __C/M__          Supervisor: _____

Working Hours: _____ To: _____    Housing Unit: __422A/4-S__

Give a detailed reason for request: __My prescription meds. where refused at intake, after waiting 25 days I saw a M.D. that said He was not going to treat me for any-thing even though S.W.A.C.C.C. does treat my semtomes/diegnosed problems. That I should exersize for a cronnic prob, Sick call in 1 month if the problem still exists as it has for the last 5 years he may start some treatments, Said I was not healthy enough to be here.__ _Joshua Tiller_
(Resident's Signature)

__I request an informal remody form)__

Action Taken:

Spoke w/Resident

_Mandy Burns_          5/27/14
(Respondent's Signature/Date)

P 17/32

## Arkansas Community Corrections
## Request for Interview
# Resident Request

*OM,*

Center: **SWACCC**                    Date: **5-23-14**

To: **Mrs ~~Lawrence~~ ~~Martin~~**   Office: **SOD**

From: **Joshua Tiller**                Number: **131831**
(Resident's Name)

Job Assignment: **C/M**               Supervisor: _____

Working Hours: _____ To: _____     Housing Unit: **422/4-5**

Give a detailed reason for request: I am trying to fallow procedures

propperly. On 4-30-14 I sent a Res. Req. to H.S.A Mr. Wise

over problem/complaint/question as-per handbook instructions.

Answerd 5-1-14 I would see the doctor. I waited 14 more days

makeing over 20 days. sence my medications were turnd

away by SWACCC staf saying SWACCC would take care of it.

The doctor said he could, but he was not going to treat me for

any thing. My Advisor is on Vacation so I sent Res. Req. to **5-2014**

SAPL Mrs. Pitman who said _____ *Joshua Tiller* _____ she was to

to every one one 4-5 she was not to be botherd with that   buisy

(Resident's Signature)

Action Taken: type of stufie (asking for an informal resolution form).

5-23-14 I sent Informatl remedy with Mrs. Davis threw Mr Wix per his inst.


Talked   to   Res.

ARO _____ *Polly Vu* _____ 5-28-14
(Respondent's Signature/Date)

P 18/32

# Request for Interview
# Resident Request

RECEIVED JUN 03 2014

Center: **SWACCC**     Date: **5-30-14**

To: **Mr Wise**     Office: **H.S.A.**

From: **Joshua Tiller**     Number: **131831**
(Resident's Name)

Job Assignment: **N/A**     Supervisor: **N/A**

Working Hours: **N/A** To: **N/A**     Housing Unit: _____

Give a detailed reason for request: When I went to pick up my medication, 100 mg ZOLOFt the sphyciatrist prescribed (mood-stabelizer) a nurse Judy, she said her name was, told me I was to lait. So I waited till I heard the next pill-call at 11:AM and went back, she said that she would be out of compliance if she gave it to me to come back at 5:AM Why did I go 24 hours without my meds? becouse I was a little lait. *Joshua Tiller*
(Resident's Signature)

Action Taken: We are not showing any missed medication. By law we only have a certain length of time to give medications at each pill pass.

*K. McIntire*     6-5-14
(Respondent's Signature/Date)

P 19/32

Arkansas Community Correction

# GRIEVANCE FORM

For ARO/Staff Use

# SWC 14-0011
6-6-14

Date received (by ARO/Staff)

Name: __Joshua Tiller__
Print Resident's Name

ACC Number: __131831__

Center __SWACCC__

Barracks Assignment: __7TH   745 c__

Job Assignment: __Expaditer__

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your wing or the Shift Supervisor on duty or attempted an informal resolution? If so, attach that document or provide an explanation below.   ☑ YES  ☐ NO

Describe the problem: __I have been denied medical treatment Selabrex 200 mG that is FDA & AMA Aproved to treat people with Hep C to my understanding I have had a prescript for 3 years & 40mG NEXIUM as well as cortAZone shots for my shoulder elbow knee hip joints.__

#1. How can this situation be resolved? __Act on the Residents Bill of Rights. For me to receive humane care and treatment. #2. To receive prompt evaluation, care and treatment. #7. To medical care and treatment. ARO staff office has copies of most my attempts to res.__

__Joshua Tiller__                                    __6-5-14__
Signature of Resident                                   Date

IS THIS AN EMERGENCY SITUATION?   ☐ YES   ☑ NO

An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.

IF YES WHY? (PROVIDE EXPLANATION): _____

_____

_____

If you marked YES, you may give this completed from to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt and deliver the form without undue delay to the Grievance Officer, ARO, Warden, or, in their absence, the Deputy Warden.

   REPRISALS: IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE
   GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE WARDEN.

- - - - - - - - - - - - - - - - - - - -

   RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _____ From (Resident's Name): _____

Date: _____   Time: _____   _____
                                                Signature of Receiving Staff Person

P 20/32

AD 08-09 Form 1

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Tiller, Joshua P.                    ADC #:  131831
FROM:  Orr, Polly A                              TITLE:  ADC Inmate Grievance Coord
DATE:  06/06/2014                                GRIEVANCE #:  SWC14-00011

Please be advised, I have received your Grievance dated 06/05/2014 on 06/06/2014 .
You should receive communication regarding the Grievance by 07/07/2014

*Polly Orr Grievance Officer*
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____          _____          _____
Inmate Signature                        ADC #                   Date

P 21/32

IGTT420                                                                                          Attachment IV
3GH

**INMATE NAME:** Tiller, Joshua P.          **ADC #:** 131831      **GRIEVANCE #:** SWC14-00011

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

I have been denied Medical treatment. You were seen by the site physician on 5/29/2014 for your requests to continue Celebrex 200mg and Nexium. The physician explained to you on intake 4/23/2014 and again at the visit on 5/29 his reasoning not prescribing the requested medications. You have a new diagnosis of Hepatitis C and the physician these medications are not appropriate for you. You also requested conrtizone shots for your shoulder, elbow, knee and hip joints. You were prescribed stretches and exercises to help keep you off of medication. In addition you were to log your exercises which you have not done to date. You were instructed to return to sick call in 2-3 weeks if you continue to have pain. You are asking to receive prompt evaluation which has been provided, you also ask for medical care and treatment which has also been provided. On 6/9/2014 I spoke to you and reinterated the physician's advice and encouraged you to ex cerise to remain limber and mobile. I discussed with you the diagnosis of Hepatitis C and the need to protect your liver and maintain a healthy life style. You are being followed in hepatitis chronic Care and you are scheduled for are scheduled for follow up lab for elevated TSH. Janet Myers 6/10/2014

_Janet Myers_
_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_HSA_              _6/10/14_
_____      _____
Title                 Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

P 22/32

Arkansas Community Correction
RESIDENT'S APPEAL

RESIDENT'S NAME Tiller, Joshua   ACC# 131831   GRIEVANCE # SWC14-00011

If you are not satisfied with the response, you may appeal the Decision within five days by completing the information requested below and mailing it to Deputy Director of Residential Services. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not a part of your complaint.

## WHY DO YOU NOT AGREE WITH THE DECISION?

I have been denied medical treatment. My prescription medication was not let come in SWACCC with me by a gard on 4-23-14. I was not seen by a doctor for over 30 days without any of my meds. None of my medical records have been looked at by the staff nor even the ADC ones yet they are clameing New diagnosess. I have cronic pain for over 4 years and I am told if it does not go away to go see a doctor in 1 month from the last vissit who seems to say no to me getting my meds that help me to move and not be in so much pain. Hurry up on the response if I am to not get treatment including what the doctor said thay do hear (cortizone) shots so I can file a 1983 form please. This SWACCC is violating the rights its own hand book claims I have. SWACCC has showen only incompatance and (crimmanal) indifferance, I think.

Joshua Tiller                    131831              6-17-14
Resident Signature              DCC#                Date

Date Received: _____   By Whom: _____


P 23/32

AD 08-09 From 2 SIDE 2

over thirty days to see a doctor without any medications.  He claims his Rights have been
violated and he was treated with indifference.

**Appeal Decision:**  The resident arrived at SWC on April 23, 2014.  The nurses completed their
intake screening that same date, dental screening was completed April 28 and Mental Health
screening on May 2.  Dr. McAlister completed resident's Hepatitis C Chronic Care Clinic visit
and intake physical examination both on May 16.  Dr. McAlister noted " Hep C - Inmate states
that he did not know he had this although he has been vaccinated for Hep B and this suggests
that he has been told this in the past. I am going to get him started on chronic care today and will
get his lab work ordered. I gave him education on his chronic condition today and answered all
his questions and concerns."  He noted his request for Celebrex and Mobic for pain control but
Dr. McAlister ordered stretching exercises because of his newly diagnosed Hepatitis C.  He was
seen again by Dr. McAlister May 29.  He noted "Diffuse joint pain - Inmate given exercises and
stretches to be doing, but I do not think he has been doing these as he states he has not been
logging them as instructed.  I once again explained the reasoning behind him not receiving
Celebrex or Mobic initially, as he has newly diagnosed Hepatitis C and these agents can cause
elevation in liver enzymes.  He states his understanding and states that he will start performing
the exercises and stretches and will log them on the back.  He knows to bring this log with him if
he places another sick call."  Dr. Kittrell, Psychiatrist, saw him May 19 and prescribed Sertraline
100mg once daily for psychiatric disorder.

Per policy, his intake physical exam should have been completed within 14 days; it was 9 days
late; therefore, his grievance had merit for that reason only, but it was resolved May 16.   I find
no evidence to support his allegations of indifference or that his Rights were violated.

P 24/32



Internal Memorandum

To:      Jerry Bradshaw, Deputy Director DCC

From:    Charlotte Gardner, Regional Ombudsman

Cc:      Britney Carter, Administrative Specialist II

Date:    July 1, 2014

Re:      Grievance Appeal – Resident Tiller, Joshua ADC#131831 – SWC14-11

The above resident submitted a Request for Interview on May 15 and 16, 2014, both related to not receiving the medications he was taking prior to coming to SWC, and complaining that he had to wait 20 days for the doctor to complete his intake screening.

**The Health Services Administrator** instructed him to continue to exercise as instructed by the doctor and to return to sick call if no improvement was seen.

He filed a Formal Grievance June 5, 2014, which was responded to June 10, by the new Health Services Administrator.

**The Health Services Administrator** responded "I have been denied Medical treatment. You were seen by the site physician on 5/29/2014 for your requests to continue Celebrex 200mg and Nexium. The physician explained to you on intake 4/23/2014 and again at the visit on 5/29 his reasoning not prescribing the requested medications. You have a new diagnosis of Hepatitis C and the physician these medications are not appropriate for you. You also requested cortisone shots for your shoulder, elbow, knee and hip joints. You were prescribed stretches and exercises to help keep you off of medication. In addition you were to log your exercises which you have not done to date. You were instructed to return to sick call in 2-3 weeks if you continue to have pain. You are asking to receive prompt evaluation which has been provided, you also ask for medical care and treatment which has also been provided. On 6/9/2014, I spoke to you and reiterated the physician's advice and encouraged you to exercise to remain limber and mobile. I discussed with you the diagnosis of Hepatitis C and the need to protect your liver and maintain a healthy life style. You are being followed in Hepatitis Chronic Care and you are scheduled for follow up lab for elevated TSH. Janet Myers 6/10/2014"

**Appeal:** Resident Tiller appealed the above on June 17. He states he was denied medical treatment, that the "guard" would not accept his medications at SWACCC and that he waited



# ARKANSAS COMMUNITY CORRECTION

## GRIEVANCE APPEAL

Resident: Joshua Tiller_____ ADC # 131831_____ Date: 07/01/14_____

Concerning Disciplinary Action #: SWC14-11_____ ____ _____

### DEPUTY DIRECTOR'S DECISION

I am in receipt of your grievance alleging that you are not receiving adequate medical care at the Southwest Arkansas Community Correction Center.

Your grievance was forward to Correct Care Solutions, who is contracted by the State to provide medical services for all offenders incarcerated in State facilities. Attached is a copy of their response. The issue regarding your intake physical has been resolved. As for the rest of your appeal there is no evidence to support your allegations of indifference or that your rights were violated.

I find your grievance to be without merit.

_____                    7-1-14
Deputy Director, Residential Services                 Date

*Note:  The decision of the Deputy Director is final.

P 26/32

RECEIVED JUL 1 8 2015

# Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __SWACCC__    Date: __7-18-14__

To: __H.S.A.__    Office: __H.S.A.__

From: __Joshua Tiller__    Number: __131831__
(Resident's Name)

Job Assignment: __Exp.__    Supervisor: __Kitchen Staff__

Working Hours: __N/A__ To: __N/A__    Housing Unit: __7FL/745c__

Give a detailed reason for request: __I need to get the names
of the doctors I have been exammind
by on 7-17-14 at 7:30 PM and the
title MD/PHD/whatever? I would also
appretiate the ritten medical diagnosess.__

_Joshua Tiller_
(Resident's Signature)

Action Taken:

_Dr. Estona - MD   Osteoarthritis_

_Roger Wise   7-21-14_
(Respondent's Signature/Date)

P 27/32

RECEIVED JUL 18 2014

## Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __SWACCC__          Date: __7-17-14__

To: __ADMINASTRATOR__       Office: __HSA__

From: __Joshua Tiller__     Number: __131831__
(Resident's Name)

Job Assignment: __Exp.__     Supervisor: __Kitchen Staff__

Working Hours: __N/A__ To __N/A__    Housing Unit: __7^FL / 745c__

Give a detailed reason for request: __I have gone to sick call 3__
__times in the last 2 weeks about seeing the__
__doctor for cortazone shots to treat my soulders,__
__after, I have complied with his instructions.__
__I have been told that I would be seeing him__
__3 times. I will be putting in ferther sick__
__calles to address this issue of indifferance/__
__incompetance as I grieve this continued problem.__

Joshua Tiller
(Resident's Signature)

Action Taken:

Send off for medical records

Roger White  7-21-14
(Respondent's Signature/Date)

P 28/32

RECEIVED JUL 22 2014

## Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __SWACCC__          Date: __7-22-14__

To: __Mr. Wise__            Office: __HSA__

From: __Joshua Tiller__     Number: __131831__
_(Resident's Name)_

Job Assignment: __Exp.__    Supervisor: __Kitchen Staff__

Working Hours: __N/A__ To: __N/A__   Housing Unit: __7FL/745c__

Give a detailed reason for request: __The nurse seemed to be having trouble getting intouch with Dr. Mahameds office. I do think he is the one who had me go in to get lower back exrays last. I did remember who has all my med. records "Hans Pullen" of Lane, Muse, Arman, & Pullen atturneys at Law P.O. Box 758 Hot Springs, Ar. 71902  PH# 501-623-3356 Facsimile 501-623-1902  E-MAIL Imap@swbell.net__

__Joshua Tiller__
_(Resident's Signature)_

Action Taken:

_Get in touch with them and have your medical records sent to you._

__Roger Wise__   __7-22-14__
_(Respondent's Signature/Date)_

P 29/32

Arkansas Community Corrections
## Request for Interview
# Resident Request

RECEIVED AUG 1 8 2014

Center: __SWACCC__     Date: __8-18-14__

To: __Mr. Wise__     Office: __H.S.A.__

From: __Tiller__     Number: __131831__
(Resident's Name)

Job Assignment: __EXP__     Supervisor: __Kitchen Staff__

Working Hours: __N/A__ To __N/A__    Housing Unit: __7 FL / 745c__

Give a detailed reason for request: I was put on a doctor call Fri 8-15-14 from a nurse exam I received over the inside of my ear starting to bleed on 8-14-14 at 6 PM Even though it stoped bleeding yesterday after about 72 hours I still can't hear it still hurts I still have not seen a doctor I will place another sick call at lunch (fills like tree toss) _Joshua Tiller_
(Resident's Signature)

Action Taken:

Submit a sickcall

_Roger Wise_    8-19-14
(Respondent's Signature/Date)

P 30/32

Arkansas Community Corrections
## Request for Interview
# Resident Request

Center: __SWACCC__   Date: __3-29-15__

To: __Conny Mason__   Office: __H.S.A.__

From: __J. Tiller__   Number: __131831__
(Resident's Name)

Job Assignment: __Basement Serv.__   Supervisor: __Mrs. Martin__

Working Hours: __N/A__ To: __N/A__   Housing Unit: __7 FL/751A__

Give a detailed reason for request: __This morning at pill call__
__nurse Charlie said that my thyroid__
__med. was reordered on the 3-19-15 but she__
__could not find it. The last 2 times I__
__have seen the doctor he has told me that__
__his boss sent him a Memo, that there will__
__be no more Meloxicam treatment or Cellebrex__
__for cronic pain (arthritis) What Up Malpractice?__
__I want/need my meds!__ _Joshua Tiller_
(Resident's Signature)

Action Taken:

**RECEIVED**
**4-1-15**

I received this request today and you have
been recieving your thyroid medication.
The doctor must order arthritis medication. If
the doctor feels you do not need this medication
there is nothing that I can do. We have to have
a Dr. order to give medications

_Connie M_____ HSA
(Respondent's Signature/Date)

P 31/33

# Request for Interview
# Resident Request

*RECEIVED APR 08 2015*

Center: **SWACCC**          Date: **4-**

To: **Conny Mason**          Office: **H.S.A medical**

From: **Joshua Tiller**          Number: **131831**
(Resident's Name)

Job Assignment: **Basement Serv.**          Supervisor: **Mrs Martin**

Working Hours: **N/A**   To: **N/A**          Housing Unit: **7FL/751A**

Give a detailed reason for request: **On 3-29-15 I was seen by nursing staf over back pain and given a box of I-Prin that had 3 of the packets taken out of it. Today I again saw nursing staf, was given I-prin, and again 3 of the packets had been removed. The doctor has told me that his boss sent a Memo saying not to treat cronnic pain (Austio Arthritis) as I have. Is this medication being taken out from the same type of Memo**

**Joshua Tiller**
(Resident's Signature)

Action Taken:

**Mobic 7.5mg PO daily.   See EOMIS.**


**Mark Vig   4/7/15**
(Respondent's Signature/Date)

P 32/32

Joshua Tiller #13 last

APR 22 2015

806 Walnut Street

Texarkana, Ar