IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA TILLER                                                                                                PLAINTIFF

v.                                              Case No. 4:15-cv-04040

SERGEANT McALLESTER, Southwest Arkansas
Community Correction Center, R. WISE, Health
Service Administrator, Correct Care Solutions;
JERRY BRADSHAW, Deputy Director, Arkansas
Community Correction; BRITNEY CARTER,
Administrative Specialist, Arkansas Community
Correction; JANET MYERS, Correct Case Solutions;
DR. VEIGEAS, Correct Case Solutions; CONNY MASON,
Correct Case Solutions; and DR. McALISTER,
Correct Case Solutions                                                                                DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 3, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23).  Judge Bryant recommends the Motion to Dismiss (ECF No. 9) filed by Defendants Deputy Director Bradshaw and Sergeant Brenda McAllester and the Motion to Dismiss (ECF No. 21) filed by Defendant Britney Carter be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  See 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*. Accordingly, the Motions to Dismiss filed by Defendants Bradshaw, McAllester, and Carter (ECF No. 9 & 21) are hereby **GRANTED**.  All claims against these Defendants are dismissed.  Plaintiff's claims against Defendants R. Wise, Janet Myers, Dr. Veigeas, Conny Mason, and Dr. McAlister will proceed..

**IT IS SO ORDERED**, this 22nd day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge