IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA TILLER                                                                                          PLAINTIFF

     v.                         Civil No.   4:15-cv-04040

ROGER WISE, Health Service Administrator,
Correct Care Solutions (CCS);
DR. MICHAEL McALISTER, CCS; JANET
MYERS, Health Service Administrator, CCS;
DR. MARK VIEGAS, CCS; and
CONNIE MASON, Health Service Administrator, CCS                      DEFENDANTS

## ORDER

     The Defendant identified as Dr. Veigeas is actually Dr. Mark Viegas. The first name of Dr. McAlister is Michael. The correct name of the Defendant identified as Conny Mason is Connie Mason. The first name of the Defendant identified as R. Wise is Roger. The Clerk is directed to note these corrections on the docket sheet.

     IT IS SO ORDERED this 1st day of October 2015.

                                                  /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE