IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA TILLER                                                                                              PLAINTIFF

v.                           Civil No. 4:15-cv-04040

R. WISE, Health Service Administrator,
Correct Care Solutions (CCS);
DR. McALISTER, CCS; JANET MYERS, Health Service
Administrator, CCS; DR. VEIGEAS, CCS; and
CONNIE MASON, Health Service Administrator, CCS                      DEFENDANTS

## ORDER TO COMMUNICATE

This case is scheduled for a summary judgment hearing on Wednesday, September 14, 2016, at 11:00 a.m. in Hot Springs, Arkansas. Plaintiff is no longer in custody. He has not filed anything with the Court since June 3, 2016.

**Plaintiff is directed to communicate with the Court immediately upon his receipt of this order.** He should advise the Court whether he intends to appear at the September 14, 2016, hearing. Further, he is directed to provide the Court with a telephone number. Plaintiff is advised that failure to respond to this order will result in the dismissal of this case.

IT IS SO ORDERED this 31st day of August 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE