IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA TILLER                                                                                           PLAINTIFF

v.                          Civil No. 4:15-cv-04040

R. WISE, Health Service Administrator,
Correct Care Solutions (CCS);
DR. McALISTER, CCS; JANET MYERS, Health Service
Administrator, CCS; DR. VEIGEAS, CCS; and
CONNIE MASON, Health Service Administrator, CCS                          DEFENDANTS

## ORDER

Plaintiff has filed a motion for leave to appeal *in forma pauperis* (IFP)(ECF 66) and a motion for an extension of time to file an appeal (ECF 69). In this case, the judgment Plaintiff seeks to appeal from was entered on March 6, 2017. Plaintiff did not file his notice of appeal (ECF 65) until May 9, 2017; well after the expiration of the thirty day time period to appeal. Fed. R. App. P. 4(a)(1)(A).

On May 19, 2017, Plaintiff filed an extension of time to file his appeal (ECF 65). However, the Court has no authority to grant the extension since the motion was filed more than thirty days after the expiration of time to appeal. Fed. R. App. P. 4(a)(5)(A). The motion (ECF 69) is therefore **DENIED.** As the notice of appeal (ECF 65) is untimely, the motion to appeal IFP (ECF 66) is **DENIED** as moot.

IT IS SO ORDERED this 23rd day of May 2017.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE